**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TREVOR J. INGOLD, SB# 193227
 E-Mail: Trevor.Ingold@lewisbrisbois.com
V. ALAN ARSHANSKY, SB# 251644
 E-Mail: Alan.Arshansky@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
INSTANT BRANDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRISTIE BALDERAS, an individual, Plaintiff, vs. INSTANT BRANDS, INC., a Canadian Corporation, Defendant. | Case No. 5:22-cv-00877-JGB-KK **STIPULATION REGARDING EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINE** Judge: Honorable Jesus G. Bernal Trial Date: November 14, 2023 |

Plaintiff Christie Balderas ("Plaintiff") and Instant Brands, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby enter into the Stipulation regarding expert witness disclosures and discovery deadline.

## GOOD CAUSE STATEMENT

The parties hereby submit that good cause exists for this stipulation and agreement. Specifically, Plaintiff's counsel has diligently worked with Plaintiff's experts to secure an appropriate time for an examination of and exemplar testing on the subject unit, which needs to be shipped to a laboratory. However, due to both counsel's trial schedule and experts' schedule, such testing has not become possible until recently. As a result, although the parties have conducted other discovery, plaintiff's deposition has still not taken place. Plaintiff's deposition is currently set for June 5, 2023 and the deposition is also necessary for the parties' respective expert

95290894.2

analysis and reports.

## STIPULATION

The current deadline for the Initial Designation of Expert Witnesses is June 12, 2023 and the deadline for Designation of Rebuttal Expert Witnesses is June 26, 2023. The current discovery cut-off is July 10, 2023.

The Parties agree that additional time is required for the Parties' respective experts to prepare and finalize their written reports under F.R.Cv.P. 26(a)(2)(b) and be deposed. Therefore, the Parties propose and stipulate as follows to a staggered expert disclosure schedule:

1. On July 10, 2023, Plaintiff must disclose to Defendant initial expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

2. On July 24, 2023, Defendant must disclose to Plaintiff initial expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

3. On August 7, 2023, Plaintiff must disclose to Defendant rebuttal expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

4. On August 21, 2023, Defendant must disclose to Plaintiff rebuttal expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

3. The discovery cut-off deadline is extended from July 10, 2023 to August 21, 2023.

**SO STIPULATED:**

DATED: May 23, 2023                JOHNSON BECKER, PLLC

                                   */s/ Adam J. Kress*
                                By: _____
                                   ADAM J. KRESS, Esq.
                                   Attorneys for Plaintiff

DATED: May 23, 2023                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___*/s/ V. Alan Arshansky*___
V. Alan Arshansky
Attorneys for Defendant INSTANT BRANDS, INC.

## ATTESTATION

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 23, 2023                    TREVOR J. INGOLD
V. ALAN ARSHANSKY
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___*/s/ V. Alan Arshansky*___
V. ALAN ARSHANSKY
Attorneys for Defendant, INSTANT BRANDS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, I electronically filed the foregoing **STIPULATION REGARDING EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINE; PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Adam J. Kress<br>Kenneth W. Pearson<br>JOHNSON BECKER, PLLC<br>444 Cedar Street, Suite 1800<br>Saint Paul, MN 55101 | Attorney for Plaintiff, CHRISTIE BALDERAS<br><br>Telephone: (612) 436-1908<br>Facsimile: (612) 436-1801<br>Email: akress@johnsonbecker.com;<br>kpearson@johnsonbecker.com;<br>sbatterson@johnsonbecker.com |
| Jordon R. Harlan<br>HARLAN LAW PC<br>2447 Pacific Coast Highway, 2nd Floor<br>Hermosa Beach, CA 90254 | Attorneys for Plaintiff, CHRISTIE BALDERAS<br><br>Telephone: (619) 870-0802<br>Facsimile: (619) 870-0815<br>Email: jordon@harlanpc.com |

                                         /s/ V. Alan Arshansky
                                         V. Alan Arshansky
                                         Attorneys for Defendant, INSTANT BRANDS, INC.

