UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIE BALDERAS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>INSTANT BRANDS INC., a Canadian Corporation,<br><br>    Defendant. | CASE NO. 5:22-cv-00877-JGB-KK<br><br>**[PROPOSED] ORDER RE: STIPULATION OF THE PARTIES REGARDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

Pursuant to the Stipulation of the parties, and good cause being shown, IT IS HEREBY ORDERED:

1. On July 10, 2023, Plaintiff must disclose to Defendant initial expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

2. On July 24, 2023, Defendant must disclose to Plaintiff initial expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

3. On August 7, 2023, Plaintiff must disclose to Defendant rebuttal expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

4. On August 21, 2023, Defendant must disclose to Plaintiff rebuttal expert designations and written reports under F.R.Cv.P. 26(a)(2)(b).

3. The discovery cut-off deadline is extended from July 10, 2023 to August 21, 2023.

95321374.1

1  **IT IS SO ORDERED.**

3  Dated: May ___, 2023

---
Hon. Jesus G. Bernal
United States District Judge